[No. 12341-3-III.   Division Three.   June 29, 1993.]

PETE'S POULTRY, ET AL, *Appellants*, v. PURINA MILLS INCORPORATED, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-01368-8, Harold D. Clarke, J., entered March 13, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 11908-4-III.   Division Three.   June 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ROBIN KOLB, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 90-1-00047-2, Fred L. Stewart, J., entered September 27, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[Nos. 11285-3-III; 11489-9-III.   Division Three.   June 29, 1993.]

*In the Matter of the Welfare of* J.H.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-7-00071-3, Harold D. Clarke, J., entered January 24, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.